FILED

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0640

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-23-0640

IN THE MATTER OF:
GRAND RIVER ENTERPRISES, INC.,
        Respondent-Counter Plaintiff-Appellant,

GRAND RIVER ENTERPRISES, INC.,
        Counter Plaintiff-Appellant,

v.

STATE OF MONTANA ex rel.
DEPARTMENT OF JUSTICE,
        Counter Defendant-Appellee.

## ORDER DISMISSING APPEAL

Upon consideration of Appellant's stipulated motion to dismiss appeal pursuant to Montana Rule of Appellate Procedure 16(5), based upon the Montana Attorney General's recent listing of Grand River Enterprises and its brand families (Opal and Seneca) on Montana's Tobacco Directory, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2024